UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
**ATLANTA DIVISION**

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2018 NOV -7 PM 12: 36

M. REGINA THOMAS
CLERK
BY _____
DEPUTY CLERK

IN RE:                              )    Case No. _18-56491-sms_
                                    )
ANDREW TERILLI                      )    Chapter _7_
       **Debtor**                   )
                                    )
                                    )
Glenview Auto Loan Fund LLC         )    Adversary No.
       **Plaintiff**                )
                                    )    18-05251-sms
                                    )
vs.                                 )
                                    )
ANDREW TERILLI                      )
       **Defendant**                )

_____ANSWER & DENIAL of ADVERSARIAL Proceeding #18-05251-sms_____

ANSWER & DENIAL
IN RESPONSE TO THE ADVERSARIAL PROCEEDING MENTIONED ABOVE, I, ANDREW TERILLI, DEBTOR
AND DEFENDANT, DENY THE ALLEGATIONS LISTED BY GLENVIEW AUTO LOAN FUND LLC, AS LISTED

BY NUMBER IN THEIR COMPLAINT.
                    SECTION I   THE CONTRACT
#1-14- THESE POINTS ARE FACTUALLY CORRECT.

15. I DENY THE ALLEGATION REGARDING Plaintiff's Knowledge of action. WHAT CONTRACTS SPECIFICALLY
ARE IN DISPUTE.
16,17 - SPECIFIC CONTRACTS WOULD BE REQUIRED TO VERIFY, THEREFORE I DENY THIS ALLEGATION
18,19 - AGAIN, I DENY THAT THIS PLAINTIFF HAD NO KNOWLEDGE OF ANY ACTIONS TAKEN TO KEEP
       THE CONTRACT VALID BUT SPECIFIC CONTRACTS ARE REQUIRED TO ANSWER
20 - ANY AVAILABLE FUNDS WERE USED TO MAINTAIN THE CONTRACT. I DENY THIS ALLEGATION
21,22 - I HAVE no Knowledge of this activity by Plaintiff, therefore deny the allegation

23. AS AN AGENT FOR THE PLAINTIFF, PER contract, I collected insurance payments regularly.
24,25 I deny Any wrong doing in the process.
26 - Since no specific contracts are listed, I do not know which vehicles and the costs
       of repairs. However, there was no premeditated or intentional acts of fraud on my behalf.
       Repairing vehicles under contract is a common practice in this field, and a choice
       made by the Plaintiff
27 - Since there were no premeditated and intentional acts of fraud, I have no idea why plaintiff
       decided to close 31 unspecified accounts. I deny this allegation.
28 - I deny the allegations of fraudulent conduct and intentional acts of fraud.

## Section II  THE NOTE

#2a -36  THE NOTE of $37,000 was agreed to by defendant and plaintiff to satisfy the title releases 16 vehicles contracted to Glenview Auto Loan. We both anticipated strong enough revenue to repay the debt that never materialized. The loan was made keep the plaintiff out of trouble with the public consumers, not to aid me in other ways.

## COUNT 1

#37-52  At no time did I not disclose the financial status of myself or the Company. Plaintiff had every opportunity to inquire and verify any of my financial status, past and present.

When our contract initiated I was enthusiastic to make it work, I saw it as a chance to get back into a stronger financial position since it was weak when it started. At no time did I try to hide any information. I completely deny all the allegations of fraud, false pretenses, malicious actions, and attempts to scheme the plaintiff. I did all I could to keep the contract in place, did all I could to keep the plaintiff satisfied, a few times at the expense of other creditors. I always had the fullest intent to honor the complete contract but realized later the terms of the contract put all the recourse on me and none on the plaintiff.

## COUNT II

#54-57  The documents used by the plaintiffs accountants were the actual, unaltered files from our daily business. The accountants reviewed every file, every computer entry of our business for 3 Days without interference. They were given all the information they requested. To say the documents were materially false is completely inaccurate so I deny there allegations.

## Count III

#59-60  All charges of fraud, defalcation, embezzlement
and larceny are denied by the defendant

## Count IV

#61, 62, 63   It is my intent to show that no fraudulent
and related type activity took place. In fact, I
would like to show how I went above and beyond
to try to maintain this contract in good standing
but was unable to do so not because of fraud but
because of the problems that haunt many small businesses,
lack of cash flow, weak sales and extended debt.


Andrew Teacul
2470 River Run Dr
Dacula GA 30019
(770) 318-5475

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: *Andrew Terilli*                     )    Case No: *18-56491-sms*
       *Big South Marketing, Inc.*    )
                          )    Chapter *7*
                          )
                          )    *Adversary Case #*
                          )    *18-05251 sms*

        Debtor(s)

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the *7th* day of *November* , 2018, I served a copy of the *Response to Adversarial Proceeding # 18-05251-sms* which was filed in this bankruptcy matter on the *7th* day of *November* , 2018.

Mode of service (**check one**):    _____MAILED    _____ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

*US Bankruptcy Court*
*Northern District of Georgia*

*Glenview Auto Loan Fund LLC*
*Kristi Smith Williams,*
*Lefkoff, Rubin, Gleason & Russo PC*
*Ste 900*
*555 Glenridge Connector*
*Atlanta GA 30342*

### I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:

Signature: _____

Printed Name: *Andrew Terilli*

Address: *2470 Bower Run Dr Dacula Ga 30019*

Phone: *770-318-5475*