**IT IS ORDERED as set forth below:**



**Date: October 22, 2021**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | : | CASE NUMBER |
| | : | |
| **ANDREW TERILLI,** | : | **18-56491-SMS** |
| | : | |
| Debtor, | : | CHAPTER 7 |
| _____ | : | |
| | : | |
| **GLENVIEW AUTO LOAN FUND, LLC,** | : | ADVERSARY PROCEEDING NUMBER: |
| | : | |
| Plaintiffs, | : | **18-05251-SMS** |
| v. | : | |
| | : | |
| **ANDREW TERILLI.,** | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**ORDER DISMISSING ADVERSARY PROCEDING**

This case is before the Court *sua sponte*. Plaintiff initiated the above-styled adversary proceeding on October 9, 2018, by filing the *Complaint to Determine Dischargeability*

*of a Debt* (The "Complaint," Doc. 1). The Complaint consists of four counts, wherein Plaintiff seeks a declaration that a debt owed to it is non-dischargeable pursuant to §§ 523(a)(2)(A), (a)(2)(B), (a)(4), (a)(6), or some combination thereof (*Id*). In the prayer for relief, Plaintiff also asks for a judgment against Defendant in the amount of $263,128.69 (*Id.* at 12). On October 16, 2018, Debtor received a discharge and his underlying chapter 7 bankruptcy case was closed (Case No. 18-56491-SMS, Doc. 27). At the request of the United States trustee, that case was reopened, Debtor's discharge was vacated, and the case was closed again on October 3, 2019 (*Id* at Doc. 34). That order is final. The Court therefore finds that Counts I-IV of the Complaint are now moot. Further, with respect to the requested judgment contained in the Complaint, the Court declines to continue to exercise its jurisdiction over this action, these claims, and the parties. *See In re Morris*, 950 F.2d 1531, 1534 (11th Cir. 1992). Accordingly, it is

**ORDERED** that the above-styled adversary proceeding is hereby **DISMISSED.**

The clerk is directed to serve a copy of this Order on Plaintiff, counsel for Plaintiff, and Defendant.

**END OF DOCUMENT**